Center for Disability Access
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson<br><br>    Plaintiff,<br><br>v.<br><br>Sundowner Inn LLC, a California Limited Liability Company<br><br>    Defendant. | Case No. 3:22-cv-00624-VC<br><br>**Plaintiff's Notice of Voluntary Dismissal Pursuant to FRCP 41(a)** |

PLEASE TAKE NOTICE:

Pursuant to FRCP 41(a)(1)(A)(i) Plaintiff voluntarily dismisses his claims pending in this action without prejudice.

Dated: June 27, 2022         CENTER FOR DISABILITY ACCESS


                             By: /s/ Amanda Seabock
                             Amanda Seabock
                             Attorneys for Plaintiff

1

Request                                          Case No. 3:22-cv-00624-VC